**No. 10-9473. Jay Berger, Petitioner v. United States.**

563 U.S. 1043, 131 S. Ct. 2985, 180 L. Ed. 2d 266, 2011 U.S. LEXIS 4325.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 950, 131 S. Ct. 2128, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2942.

**No. 10-8489. Winston L. McPherson, Petitioner v. United States, et al.**

563 U.S. 1043, 131 S. Ct. 2985, 180 L. Ed. 2d 266, 2011 U.S. LEXIS 4237.

June 6, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1304, 131 S. Ct. 1692, 179 L. Ed. 2d 646, 2011 U.S. LEXIS 2212.

**No. 10-9402. Armando Garcia, Petitioner v. United States.**

563 U.S. 1043, 131 S. Ct. 2986, 180 L. Ed. 2d 266, 2011 U.S. LEXIS 4211.

June 6, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 930, 131 S. Ct. 1841, 179 L. Ed. 2d 795, 2011 U.S. LEXIS 2599.

**No. 10-9882. Rhonda J. Turpin, Petitioner v. United States.**

563 U.S. 1043, 131 S. Ct. 2986, 180 L. Ed. 2d 266, 2011 U.S. LEXIS 4274.

June 6, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 983, 131 S. Ct. 2895, 179 L. Ed. 2d 1204, 2011 U.S. LEXIS 3406.

**No. D-2564. In the Matter of Disbarment of Sandra L. Craig.**

563 U.S. 1030, 131 S. Ct. 2986, 180 L. Ed. 2d 266, 2011 U.S. LEXIS 4343.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 817, 131 S. Ct. 410, 178 L. Ed. 2d 274, 2010 U.S. LEXIS 7506.

**No. D-2565. In the Matter of Disbarment of Eric Tyrone Tolen.**

563 U.S. 1030, 131 S. Ct. 2986, 180 L. Ed. 2d 266, 2011 U.S. LEXIS 4235.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 817, 131 S. Ct. 410, 178 L. Ed. 2d 274, 2010 U.S. LEXIS 7611.

**No. D-2566. In the Matter of Disbarment of Arthur L. Schwartz.**

563 U.S. 1030, 131 S. Ct. 2986, 180 L. Ed. 2d 266, 2011 U.S. LEXIS 4244.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 817, 131 S. Ct. 410, 178 L. Ed. 2d 274, 2010 U.S. LEXIS 7576.